IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RANDALL SIZEMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24-cv-229 |
| ) | |
| MARTIN J. O'MALLEY, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

The court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

**IT IS HEREBY ORDERED AND ADJUDGED** that final judgment of this court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This the 23rd day of July, 2024.

_____
United States District Judge